# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**K.C.**, an individual,

    Plaintiff,

v.

**WYNDHAM HOTELS & RESORTS, INC., et al.**

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO**. 2:22-cv-2683

Chief Judge Algenon L. Marbley
Magistrate Judge Elizabeth Deavers

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS WYNDHAM HOTEL & RESORTS, INC. & CHOICE HOTELS INTERNATIONAL, INC.</u>

Come now Plaintiff, by and through counsel, respectfully requests dismissal of all claims against Wyndham Hotel & Resorts, Inc., and Choice Hotels International, Inc. without prejudice pursuant to Rules 21 and 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own costs.

Plaintiff respectfully requests that all claims asserted in this action against Defendants Wyndham Hotel & Resorts, Inc. and Choice Hotels International, Inc. be dismissed without prejudice.

Dated: March 9, 2023

Respectfully submitted,

*/s/ Jennifer J. El-Kadi*
Jennifer J. El-Kadi (00100660)
Steven C. Babin (0093584)
**Babin Law, LLC**
65 E State Street, Suite 1300
Columbus, Ohio 43215
614-761-8800
Jennifer.elkadi@babinlaws.com
steven.babin@babinlaws.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 9th day of March, 2023.

*/s/ Jennifer J. El-Kadi*
Jennifer J. El-Kadi
*Attorney for Plaintiff*